UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL PINE,<br><br>    Petitioner,<br><br>v.<br><br>KENDALL RICHERSON,<br><br>    Respondent. | Case No. 18-cv-03242-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4 |

Petitioner, a prisoner in Texas, has filed a habeas action. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and petitioner has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice and plaintiff's motion to amend the petition (Docket No. 4) is **DENIED**. A certificate of Appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES AL PINE,

    Plaintiff,

v.

KENDALL RICHERSON,

    Defendant.

Case No. 18-cv-03242-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Al Pine
T.D.C.J. #1422624
Housing 12-F57
All Red Unit 2101 F.M. 369
Iowa Park, TX 76367

Dated: July 25, 2018

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO